UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 09-00382-001 (JLL) |
| Plaintiff, | Hon. Jose L. Linares |
| v. | |
| PAUL STYGER, | **CONSENT ORDER RETURNING DEFENDANT'S PASSPORT** |
| Defendant. | |

THIS MATTER having been opened to the Court by Defendant Paul Styger (Henry E. Klingeman, Esq., appearing) for an Order returning Defendant's passport from the United States Pretrial Services Agency; the United States of America, Paul J. Fishman, United States Attorney (AUSA Anthony Moscato, appearing) having no objection; the Court having considered the recommendation of the United States Pretrial Services Agency; and for good cause shown,

WHEREFORE, IT IS on this 24th day of May, 2010;

ORDERED that the United States Pretrial Services Agency return Defendant Paul Styger's United States passport to him immediately upon receipt of this Order;

IT IS FURTHER ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

HONORABLE JOSE L. LINARES
United States District Judge

HENRY E. KLINGEMAN, ESQ.
For Defendant Paul Styger

AUSA ANTHONY MOSCATO
For the United States Attorney's Office