UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Hon. Jose L. Linares

      v.                             :    Criminal Number: 09-382 (JLL)

PAUL G. STYGER                 :    <u>ORDER</u>

    Upon consideration of the application of defendant Paul G. Styger, *pro se*, for an order seeking early termination of his probation, and defendant Paul G. Styger having been convicted on January 21, 2010 of embezzlement of public funds, in violation of Title 18, United States Code, Sections 641 and 2, and, as a result of said conviction, having been sentenced to a term of probation of two years and ordered to pay restitution in the amount of $372,233.57, and this restitution obligation still due and owing, and the United States of America (Paul J. Fishman, United States Attorney for the District of New Jersey, Anthony Moscato, Assistant United States Attorney, appearing), having opposed the early termination of probation; and for good cause shown;

    IT IS on this ___14th___ day of March, 2011,

    ORDERED that *pro se* defendant Paul G. Styger's request for early termination of probation is hereby denied.

                                                          _____
                                                          HON. JOSE L. LINARES
                                                          United States District Judge