**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

January 3, 2012

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Jose L. Linares, USDJ
United States District Court
Martin Luther King, Jr.
Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE: Styger, Paul G.
Dkt. No. 2:09-382-01
**Outstanding Restitution Balance**

Dear Judge Linares:

On January 21, 2010, Your Honor sentenced Paul G. Styger to a two-year term of probation, a $100 special assessment, and restitution in the amount of $372,233.57 for the offense of Theft of Public Money, Property or Records. Special conditions include financial disclosure, no new debt, and DNA testing.

The offender's term of supervision will expire on January 20, 2012; however, as of today's date, he maintains a balance of $354,461.57. Notwithstanding the outstanding financial obligation, Styger has otherwise been in relative compliance with the conditions of supervision. Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of the offender's term of supervision.

As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973)885-3622.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Jessica M. Alberts
U.S. Probation Officer

/jma

cc: United States Attorney's Office
    Financial Litigation Unit

# EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

## U.S. v. Paul Styger
### Docket No.: 2:09-382-01

__✓__    The Court approves of the expiration of supervision with an outstanding fine balance.

_____    The Court does not approve of the offender's expiration from supervision with an outstanding fine balance.

_____
Signature of Judicial Officer

_____1/4/12_____
Date